1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE BLANCHARD, | Case No. CV11-00032 JAK (FFMx) |
| Plaintiff, | **ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; AND DOES 1 to 10, Inclusive, | |
| Defendants. | |

Having considered the parties' stipulation, IT IS HEREBY ORDERED that this action be dismissed in its entirety with prejudice as to all defendants, with the parties to bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   NOV - 2 2011

_____
Hon. John A. Kronstadt
United States District Judge

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4839-9819-2397 v1            - 1 -            ORDER RE: STIPULATION FOR DISMISSAL OF
ENTIRE ACTION WITH PREJUDICE