# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE BLANCHARD,<br><br>          Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; AND DOES 1 to 10, Inclusive,<br><br>          Defendants. | Case No. CV11-00032 JAK (FFMx)<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Having considered the parties' stipulation, IT IS HEREBY ORDERED that this action be dismissed in its entirety with prejudice as to all defendants, with the parties to bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated: NOV - 2 2011

_____
Hon. John A. Kronstadt
United States District Judge